**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7037**

_____

HUGH EPPS,

                 Plaintiff - Appellant,

      v.

MICHAEL MOORE, Government Attorney, Eastern District Court
of VA; UNKNOWN, DEA Officer; JAMES OXFORD, DEA Officer,

                 Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  M. Hannah Lauck, Magistrate
Judge.  (3:09-cv-00039-JRS)

_____

Submitted:  October 15, 2009      Decided:  October 21, 2009

_____

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Hugh Epps, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hugh Epps seeks to appeal a magistrate judge's order denying without prejudice his "Motion of Filing a Complaint under Civil Rights Act 42 U.S.C. § 1983." This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Epps seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED